McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-164-MCE |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENTS APPROVED FOR FILING UNDER SEAL |
| FRANCISCO LOYA-SOLARZANO (aka "Uncle," aka "Pancho") ELIAS HERNANDEZ VALENCIA (aka "Pistola") FILIBERTO MADRIGAL (aka "Fily") LUIS ARMANDO RIOS GARCIA (aka "Pee Wee") GEORGINA CARRILLO AYALA HECTOR GOMEZ-GARCIA JOSE FRANCISCO BUENAVIDA (aka "Canas") ENRIQUE BUENAVIDA JOSE ANTONIO PANTOJA ESTRADA KELLY DUANE HUGHES JERRY CURTIS FOSTER BART RICHARD HUGHES JOSE MANUEL RODRIGUEZ (aka "Manny") ROBERTO MERCADO-RANGEL, | |
| Defendants. | |

Pursuant to Local Rule 141(b), IT IS HEREBY ORDERED that documents submitted by the United States, and attached to this Order, are approved by the Court for filing under seal and shall be SEALED until further order of this Court.

IT IS FURTHER ORDERED that this Order, but not the attached sealed documents, shall appear

on the publicly available case docket.

IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the United States until such time as the United States has applied for, and the Court has issued, a protective order permitting disclosure to defendants in *United States v. Loya-Solarzano, et al.*, Case No. 2:18-CR-164-MCE.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the United States' request, sealing the aforementioned documents serves a compelling interest.

The Court further finds that, in the absence of closure, the compelling interests identified by the United States would be harmed. The Court further finds that there are no additional alternatives to sealing the documents the United States has submitted that would adequately protect the compelling interests identified by the United States.

IT IS SO ORDERED.

September 12, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE