McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-164-MCE |
|---|---|
| Plaintiff, | NOTICE OF RELATED CASES; ORDER |
| v. | |
| LNU (aka FRANCISCO LOYA-SOLARZANO, aka "Uncle," aka "Pancho") ELIAS HERNANDEZ VALENCIA (aka "Pistola") FILIBERTO MADRIGAL (aka "Fily") LUIS ARMANDO RIOS GARCIA (aka "Pee Wee") GEORGINA CARRILLO AYALA HECTOR GOMEZ-GARCIA JOSE FRANCISCO BUENAVIDA (aka "Canas") ENRIQUE BUENAVIDA JOSE ANTONIO PANTOJA ESTRADA KELLY DUANE HUGHES JERRY CURTIS FOSTER BART RICHARD HUGHES JOSE MANUEL RODRIGUEZ (aka "Manny") ROBERTO MERCADO-RANGEL, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-100-DAD NOTICE |
| Plaintiff, | OF RELATED CASES; ORDER |
| v. | |
| LUIS ARMANDO RIOS GARCIA | |
| Defendant. | |

NOTICE OF RELATED CASES; ORDER

1

Pursuant to Local Rule 123, the United States of America, through Assistant United States Attorney James R. Conolly, gives notice that the above entitled actions may be related within the meaning of Local Rule 123.

## I. STATEMENT OF FACTS

On August 23, 2018, a federal grand returned a twenty-five count indictment charging fourteen defendants, including Luis Armando RIOS GARCIA, in *United States v. LNU (Loya-Solarzano), et al.*, Case No. 2:18-CR-164-MCE. The charges against RIOS GARCIA, specifically, included conspiracy to distribute and to possess with intent to distribute methamphetamine (21 U.S.C. §§ 846, 841(a)(1) – Count One), and distribution of methamphetamine (21 U.S.C. § 841(a)(1) – Count Four). ECF No. 52. The remaining defendants have been charged with various crimes, including conspiracy to distribute methamphetamine (21 U.S.C. §§ 846, 841(a)(1)), distribution of methamphetamine, heroin, and cocaine (21 U.S.C. § 841(a)(1)), manufacture of methamphetamine (21 U.S.C. § 841(a)(1)), and several counts of use of a communication facility to facilitate a drug trafficking offense (21 U.S.C. § 843(b)). Of the ten defendants who have appeared in this matter, each of them has been arraigned and entered a not guilty plea, with two defendants, Kelly Duane HUGHES and Jerry Curtis FOSTER, having pleaded guilty since the arraignment.

On May 2, 2019, a federal grand jury, sitting in Fresno, returned a single count indictment against RIOS GARCIA for possession with the intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine. *United States v. Rios Garcia,* Case No. 2:19-CR-100-DAD, ECF No. 1. The charge arose from an April 7, 2017 arrest, during which a police officer found approximately two pounds of methamphetamine in RIOS GARCIA's possession.

## II. ANALYSIS

Under Local Rule 123(a), cases may be related if the Court finds:

(1) that the actions involve the same parties and are based on the same or similar claims;

(2) that the actions involve the same property, transaction or event;

(3) that the actions involve similar questions of fact and the same question of law and their assignment to the same Judge…is likely to effect a substantial savings of judicial effort, either because the same result should follow in the actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the action were heard by different Judges…."

Here, the criminal cases may be related within the meaning of Local Rule 123(a) because "the actions involve the same parties and are based on the same or similar claims." L.R. 123(a)(1). As stated above, RIOS GARCIA was indicted in *United States v. LNU (Loya-Solarzano)* on two counts related to methamphetamine distribution. *See* Indictment, Case No. 2:18-CR-164-MCE, ECF No. 52. As described in the Criminal Complaint, these charges were based in part on a controlled purchase of methamphetamine from RIOS GARCIA on March 27, 2017. *Id.,* ECF No. 1. The United States has alleged that, during that purchase, RIOS GARCIA, working on behalf of Francisco LOYA-SOLARZANO, sold approximately one pound of methamphetamine to an undercover DEA agent. *Id.*

On April 7, 2017, approximately 11 days later, a Modesto Police officer stopped RIOS GARCIA, who was driving at night with his headlights off. During that traffic stop, the officer searched RIOS GARCIA's vehicle, found approximately two pounds of methamphetamine, and arrested him. It is for this conduct that RIOS GARCIA is charged in *United States v. Rios Garcia*, 2:19-CR-100-DAD, ECF No. 1. Because the single charge arose in Stanislaus County, the United States commenced this criminal action in the United States District Court sitting in Fresno, as Local Rule 120 requires.

Given similarity of the conduct charged against RIOS GARCIA in both cases, as well as the two incidents' proximity in time, there is a high probability that the conduct charged in both cases is connected. These cases are therefore likely to involve similar or overlapping questions of law and fact, and it would conserve judicial resources to have them consolidated into one case. Moreover, RIOS GARCIA is already in federal custody in Sacramento on the larger case. It would be burdensome on all parties to the case currently charged in Fresno to litigate each case in a separate courthouse.

For these reasons, the United States submits that the two cases may be related under Local Rule 123(a). If the Court so finds, either case may be reassigned consistent with Local Rule 123(c), but, should the Honorable Morrison C. England, Jr., as the Judge to whom the case with the lower number

///

///

///

has been assigned, determine that "assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies," he is authorized by Local Rule 123(c) to order the higher numbered case to be assigned to himself.

Dated: May 6, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Notice of Related Cases; Order

4

# ORDER

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the case captioned *United States v. LNU (Loya-Solarzano), et al.*, Case No. 2:18-CR-164-MCE is related to the case captioned *United States v. Rios Garcia*, Case No. 1:19-CR-100-DAD within the meaning of Local Rule 123(a). The Court further finds that assignment of these two matters to a single District Judge is likely to effect a savings of judicial effort.

Based on this finding, and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall reassign the case of *United States v. Rios Garcia*, Case No. 1:19-CR-100-DAD, to the Hon. Morrison C. England, Jr., and that case shall be designated, "Case No. 1:19-CR-100-MCE"; and

2. The Clerk of the Court shall make appropriate adjustment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE